# UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| AMERICAN CHEMISTRY COUNCIL,<br>*Petitioner*<br><br>v.<br><br>OCCUPATIONAL SAFETY &<br>HEALTH ADMINISTRATION, and<br>DEPARTMENT OF LABOR,<br>*Respondent.* | )<br>)<br>)<br>) Case No. 15-1252<br>)<br>)<br>)<br>)<br>) |

## NON-BINDING STATEMENT OF ISSUES TO BE
## RAISED BY AMERICAN CHEMISTRY COUNCIL

Pursuant to the August 6, 2015 Order of the Court, Petitioner American Chemistry Council hereby submits the following non-binding statement of issues to be raised in this proceeding.

1.  Whether the Enforcement Memorandum of the Occupational Safety & Health Administration ("OSHA") and the Department of Labor ("DOL"), Memorandum for Regional Administrators and State Plan Designees, *Process Safety Management of Highly Hazardous Chemicals and Covered Concentrations of Listed Appendix A Chemicals* (June 5, 2015), violates the Occupational Safety & Health Act ("OSH Act"), 29 U.S.C. §§ 651 et seq.; violates procedural

requirements set forth in the Administrative Procedure Act ("APA"), 5 U.S.C. §§ 553, 706; or is arbitrary and capricious, unsupported by substantial evidence, or otherwise inconsistent with reasoned decision-making under the APA, 5 U.S.C. §§ 553, 706.

Respectfully submitted,

/s/ *Jonathan L. Snare*
Jonathan L. Snare
Michael W. Steinberg
Alana Genderson
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue, NW
Washington, DC 20004
Phone: (202) 739-3000
Fax: (202) 739-3001
jsnare@morganlewis.com
msteinberg@morganlewis.com
agenderson@morganlewis.com

Attorneys for Petitioner
American Chemistry Council

Date: September 8, 2015

# CERTIFICATE OF SERVICE

Pursuant to Federal Rule of Appellate Procedure 25, I hereby certify that a true and correct copy of the foregoing document was served through the Court's CM/ECF system, or by U.S. first-class mail, postage prepaid, in accordance with the Rules of this Court, upon:

David Michaels
Assistant Secretary of Labor for Occupational Safety and Health
Occupational Safety and Health Administration
200 Constitution Avenue, NW
Washington, DC 20210

Thomas E. Perez
Secretary of Labor
U.S. Department of Labor
200 Constitution Avenue, NW
Washington, DC 20210

Lauren S. Goodman
U.S. Department of Labor
Office of the Solicitor
200 Constitution Avenue, NW
Washington, DC 20210
goodman.lauren@dol.gov

Charles F. James
U.S. Department of Labor
Office of the Solicitor
200 Constitution Avenue, NW
Washington, DC 20210
James.Charles@dol.gov

Dated at Washington, D.C., this 8th of September, 2015.

/s/ *Jonathan L. Snare*
Jonathan L. Snare

Morgan, Lewis & Bockius LLP<br>
1111 Pennsylvania Avenue, NW<br>
Washington, DC 20004<br>
Phone: (202) 739-3000<br>
Fax: (202) 739-3001<br>
jsnare@morganlewis.com